LORINDA B. WORMLEY

v.

CLARK W. WORMLEY.

*Ottawa, September Term, 1880.*

| 96 | 129 |
| 40a | 428 |
| 96 | 129 |
| 152 | 213 |
| 96 | 129 |
| 157 | 403 |
| 96 | 129 |
| 55a | 369 |
| 96 | 129 |
| 67a | 550 |
| 96 | 129 |
| 77a | 147 |

APPEAL—*time of filing appeal bond.*   On granting an appeal from an Appellate Court, that court fixed the time within which the appeal bond was required to be filed.   It was *held* a sufficient reason for dismissing the appeal, that the bond was not filed within the time so limited.

APPEAL from the Appellate Court for the Second District.

The order granting the appeal in this case provided that the appeal bond should be filed on or before a day specified. The bond was not filed until four days after the time so limited had expired.   The appellee moved in this court that the appeal be dismissed, among other grounds alleged, because the appeal bond was not filed in proper time.

Mr. CHARLES WHEATON, for the motion.

Mr. B. F. PARKS, *contra.*

Per CURIAM:   It is a sufficient reason for dismissing the appeal that the appeal bond was not filed within the time limited by the Appellate Court.

*Appeal dismissed.*